TIMOTHY M. BURGESS
United States Attorney

BRIAN D. TETER, Captain, USAF
Special Assistant, United States Attorney
Office of the Staff Judge Advocate
354th Fighter Wing
Eielson AFB Alaska 99702-1881
(907) 377-4114
Fax: (907) 377-1606
Attorneys for the Plaintiff

**FILED**

FEB 0 2 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____Deputy

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:06-CR-00004 |
| Plaintiff, | POSSESSION OF A CONTROLLED SUBSTANCE |
| v. | 21 U.S.C. 844 |
| KENNETH M. MARQUEZ, | |
| Defendant | |

### INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

That on or about the 4th day of November, 2005, at Eielson Air Force Base, Alaska, a military reservation acquired for the use of the United States, and under the jurisdiction thereof, KENNETH M. MARQUEZ did knowingly possess a controlled substance, to wit: marijuana, in violation of title 21 United States Code, Section 844.

DATED this 31st day of January, 2006, at Eielson Air Force Base, Alaska.

Deborah M. Smith,
Acting United States Attorney

BRIAN D. TETER, Capt, USAF
Special Assistant U.S. Attorney