AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUMMONS IN A CRIMINAL CASE** |
| V. | Case Number: 4:06-cr-00004 TWH |
| KENNETH MARQUEZ | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 456-0266 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place | Room 326 |
|---|---|
| U.S. Courthouse<br>101 12th Avenue<br>Fairbanks, Alaska 99701-6283 | Courtroom #2 |
| Before: TERRANCE W HALL | Date and Time<br>March 17, 2006 at 10:00 a.m. |

To answer a(n)
[] Indictment  [X] Information  [] Complaint  [] Violation Notice  [] Probation Violation Petition

Charging you with a violation of:

Title 21 United States Code, Section(s) 844

Brief description of offense:
SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE

Ida Romack, Clerk of Court
Signature of Issuing Officer

February 13, 2006  Fairbanks, Alaska
Date and Location

by _/s/_ Deputy Clerk
Name and Title of Issuing Officer

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date 2-16-06

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☒ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: Aaron Mobley (Father)

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 2-17-06     Randy Johnson
            Date         Name of United States Marshal

                         Holland X. _____
                         (by) Deputy United States Marshal

Remarks:

Father is an Alaska State Trooper.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.