```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs KENNETH M. MARQUEZ    CASE NO.  4:06-CR-0004-TWH
Defendant:  X Present      ___In Custody    ___On Summons    ___On Bond
BEFORE THE HONORABLE       TERRANCE W. HALL

DEPUTY CLERK/RECORDER:     MISTY DAVENPORT

UNITED STATES ATTORNEY:    CAPT. MICHAEL TEWALT

DEFENDANT'S ATTORNEY:      M.J. HADEN (TELEPHONIC)

U.S.P.O.:                  MARCI LUNDGEN
PROCEEDINGS: ARRAIGNMENT   Held: 03-17-06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:11 a.m. court convened.

 X Copy of Inf/Ind/Cmplt given to defendant: waived reading.

 X Defendant sworn.

 X Defendant advised of general rights.

 X Defendant advised of charges and penalties.

 X Defendant states true name: KENNETH M. MARQUEZ

 X Financial Affidavit filed.
   X Federal Public Defender accepted appointment.

 X PLEA(S):    ___Guilty to Counts _____
              X Not Guilty to Counts   1 of Information

 X Counsel advised of trial date:   May 10, 2006 @ 8:30 a.m.

 X Court accepted plea(s).

 X Consent to be filed by March 22, 2006 or case shall be trans-
   ferred to U.S. District Judge.

 X Conditions of Release filed.

 X Pretrial motions due    April 6, 2006

 X OTHER: Discovery due by March 27, 2006.  Final Pretrial
Conference is set for 2:00 p.m. on May 4, 2006.

At 10:31 a.m. court adjourned.

DATE:   10-17-06            DEPUTY CLERK'S INITIALS:    MLD
```