M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH M. MARQUEZ,<br><br>    Defendant. | Case No. 4:06-CR-0004-TWH<br><br>**MOTION ON SHORTENED TIME TO CONTINUE PRETRIAL MOTIONS** |

Defendant, Kenneth M. Marquez, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time for a continuance of the pretrial motions in the above-styled case. Pretrial motions are currently due on Thursday, April 6, 2006. Mr. Marquez requests that the motion be extended for at least two weeks or for ten days following the receipt of discovery. This motion is necessary because discovery in this case was due on March 27, 2006. To date, Mr. Marquez has received no discovery from the government. A continuance is appropriate in his case because Mr. Marquez is entitled to review all discovery materials pursuant to Fed.R.Crim.P. 12(b) before filing his pretrial motions. Furthermore, undersigned counsel needs additional time to

review this material with Mr. Marquez, who resides in Fairbanks. Thus, in order to provide Mr. Marquez effective assistance of counsel pursuant to the Sixth Amendment and provide him the opportunity to challenge any violations of his Fourth and Fifth Amendment rights, additional time is required.

Undersigned counsel has made several attempts to contact the government attorney to resolve this matter, but has been unsuccessful[1]. Special Assistant U.S. Attorney Capt. Brian D. Teter, was unavailable for comment on this issue.

DATED this 5th day of April 2006.

Respectfully submitted,

S/M. J. Haden
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:     907-646-3400
Fax:        907-646-3480
E-Mail:    MJ_Haden@fd.org

Certification:
I certify that on April 5, 2006,
a copy of the *Motion on Shortened Time to Continue Pretrial Motions*
was served electronically on:

Brian D. Teter, Esq.
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
354th Fighter Wing
Eielson, AFB, AK 99702-1881

s/M. J. Haden

---

[1] Mr. Marquez is filing a companion motion to compel the government to disclose discovery under Fed.R.Crim.P. 16; Fed.R.Crim.P. 12(b)(4); Brady v. Maryland, 373 U.S. 83 (1963), Henthorn v. United States, 981 F.2d 29 (9th Cir. 1991); Giglio v. United States, 405 U.S. 150 (1972); and Kyles v. Whitely, 514 U.S. 419 (1995).