UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>KENNETH M. MARQUEZ,<br><br>        Defendant. | Case No. 4:06-CR-0004-TWH<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION ON SHORTENED TIME TO CONTINUE PRETRIAL MOTIONS** |

        After due consideration of Defendant's Motion on Shortened Time to Continue Pretrial Motions, the court GRANTS/DENIES the motion. The deadline for filing pretrial motions is continued from March 27, 2006, to _____, 2006.

        DATED April_____, 2006, in Fairbanks, Alaska.

                                                            _____
                                                            TERRANCE W. HALL
                                                            U.S. MAGISTRATE JUDGE