M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>KENNETH M. MARQUEZ,<br><br>     Defendant. | Case No. 4:06-CR-0004-TWH<br><br>**MOTION ON SHORTENED TIME TO COMPEL DISCOVERY** |

Defendant, Kenneth M. Marquez, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time for an order compelling the release of discovery in the above-styled case pursuant to Fed.R.Crim.P. 16; Fed.R.Crim.P. 12(b)(4); Brady v. Maryland, 373 U.S. 83 (1963), Henthorn v. United States, 981 F.2d 29 (9th Cir. 1991); Giglio v. United States, 405 U.S. 150 (1972); and Kyles v. Whitely, 514 U.S. 419 (1995).  This motion is necessary because discovery was due on March 27, 2006.  To date the government has not provided Mr. Marquez with any discovery.  Mr. Marquez's pretrial motions are due on April 6, 2006.  He has requested a continuance of the pretrial motions date.  He is currently scheduled for trial on May 10,

2006. Mr. Marquez should not be forced to forgo his speedy trial right due to the government's inability to provide timely discovery. Thus, he requests an order from this court compelling the government to provided discovery.

Undersigned counsel has attempted to contact the government by phone on this issue but has been unsuccessful.

DATED this 5th day of April 2006.

Respectfully submitted,

S/M. J. Haden
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     MJ_Haden@fd.org

Certification:
I certify that on April 5, 2006,
a copy of the *Motion on Shortened Time to Compel Discovery* was served electronically on:

Brian D. Teter, Esq.
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
354th Fighter Wing
Eielson, AFB, AK 99702-1881

s/M. J. Haden