UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENNETH M. MARQUEZ,<br><br>　　　　Defendant. | Case No. 4:06-CR-0004-TWH<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION ON SHORTENED TIME TO COMPEL DISCOVERY** |

　　　　After due consideration of Defendant's Motion on Shortened Time to Compel Discovery, the court GRANTS/DENIES the motion.  The Assistant U.S. Attorney is hereby compelled to immediately release the discovery in the above-styled case.

　　　　DATED April _____, 2006, in Fairbanks, Alaska.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　TERRANCE W. HALL
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE