Case 4:06-cr-00004-TWH   Document 9-2   Filed 04/05/2006   Page 1 of 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH M. MARQUEZ,<br><br>　　　　　Defendant. | Case No. 4:06-CR-0004-TWH<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION ON SHORTENED TIME TO CONTINUE PRETRIAL MOTIONS** |

After due consideration of Defendant's Motion on Shortened Time to Continue Pretrial Motions, the court GRANTS/~~DENIES~~ the motion. The deadline for filing pretrial motions is continued from March 27, 2006, to __April 21__, 2006.

DATED April __11__, 2006, in Fairbanks, Alaska.

　　　　　　　　　　　　　　　　　_/s/ Terrance W. Hall_
　　　　　　　　　　　　　　　　　TERRANCE W. HALL
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE