Case 4:06-cr-00004-TWH   Document 10-2   Filed 04/05/2006   Page 1 of 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH M. MARQUEZ,<br><br>　　　　　Defendant. | Case No. 4:06-CR-0004-TWH<br><br>**PROPOSED ORDER GRANTING DEFENDANT'S MOTION ON SHORTENED TIME TO COMPEL DISCOVERY** |

After due consideration of Defendant's Motion on Shortened Time to Compel Discovery, the court ~~GRANTS~~/DENIES the motion. The Assistant U.S. Attorney is hereby compelled to immediately release the discovery in the above-styled case.

DATED April __12__, 2006, in Fairbanks, Alaska.

_____
TERRANCE W. HALL
U.S. MAGISTRATE JUDGE

*Issue is moot.*

*[initials]*