M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>KENNETH M. MARQUEZ,<br><br>               Defendant. | Case No. 4:06-CR-0004-TWH<br><br>**NOTICE OF<br>INTENT TO CHANGE PLEA** |

       Defendant, Kenneth M. Marquez, by and through counsel M. J. Haden, Staff Attorney, notifies this court of his intention to change his plea.  The parties are in the process of completing a written plea agreement.  Mr. Marquez intents to plead guilty pursuant to 18 U.S.C. § 3607.

       Mr. Marquez requests that the court vacate the final pretrial conference scheduled for Thursday, May 4, 2006, and schedule a change of plea hearing at a time convenient to the court and counsel.  A finalized copy of the plea agreement will be filed with the court as soon as it is completed.

DATED this 1st day of May, 2006.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 1, 2006, a copy of the
foregoing document was served electronically on:

Brian D. Teter, Esq.

/s/ M. J. Haden