## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   KENNETH M MARQUEZ

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                           CASE NO. 4:06-cr-0004-TWH

CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 2, 2006

      Defendant Kenneth Marquez has filed a Notice of intent to change plea at docket 14. The Final Pretrial Conference set for May 4, 2006 and Trial by Jury set for May 10, 2006 are **VACATED,** and a **Proposed Change of Plea Hearing will be set for Thursday, May 18, 2006 at 10:30 a.m. in Courtroom 2, Fairbanks.**

[ ]{IA.WPD*Rev.12/96}