MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __KENNETH M. MARQUEZ__ CASE NO. __4:06-CR-00004-TWH__
Defendant: _X_ Present ___ In Custody ___ On Bond _X_ On Summons

BEFORE THE HONORABLE: _____ TERRANCE W. HALL _____

DEPUTY CLERK/RECORDER: _____ JULIE RAFFERTY _____

UNITED STATES' ATTORNEY: __ CAPTAIN BRIAN TETER _____

DEFENDANT'S ATTORNEY: _____ M.J. HADEN _____

U.S.P.O.: _____ MARCI LUNDGREN _____

PROCEEDINGS: IMPOSITION OF SENTENCE        Held: August 3, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:02 a.m. court convened.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Sentence imposed as stated in the judgment.

At 9:30 a.m. court adjourned.

DATE: _August 9, 2006_ _____ DEPUTY CLERK'S INITIALS: _mas_