# United States District Court
for the
# DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>vs.<br><br>KENNETH M. MARQUEZ,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 4:06-00004-TWH<br><br>**ORDER FOR DISCHARGE<br>FROM PROBATION** |

It appearing to the Court that Kenneth M. Marquez has been on pre-judgment probation since August 3, 2006, and has complied with the terms and conditions of probation, it is therefore appropriate that he be discharged from probation pursuant to 18 U.S.C. § 3607.

IT IS HEREBY ORDERED that Kenneth M. Marquez be unconditionally discharged from probation and that the proceedings against him be terminated without the entry of a judgment.

**REDACTED SIGNATURE**

_____
The Honorable Terrance W. Hall,
U.S. Magistrate Judge

_16 Aug 2007_____
Date